UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KATRINA BROWN,

    Plaintiff,

v.

DIGITAL RISK, LLC and
DIGITAL RISK MORTGAGE
SERVICES, LLC.

    Defendants.
_____/

Case No.: 3:16-cv-01460-TJC-MCR

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, Plaintiff, by her undersigned counsel, notifies the Court that this case has been settled and that Plaintiff requests an order dismissing the case without prejudice subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form or final order of judgment or, on good cause shown, to reopen the case for further proceedings.

    Respectfully submitted,

MAGID & WILLIAMS, P.A.
3100 University Boulevard South
Suite 115
Jacksonville, Florida 32216
(904) 725-6161  Telephone
(904) 725-3410  Facsimile

/s/ Leonard S. Magid
Leonard S. Magid, Esquire
Florida Bar No. 0717101
len@magidwilliams.com
Daniel Williams, Esquire
Florida Bar No. 0036625
dan@magidwilliams.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18 day of January, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record herein.

/s/ Leonard S. Magid
Attorney