UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| KATRINA BROWN,<br><br>      **Plaintiff,**<br><br>v.<br><br>DIGITAL RISK, LLC and<br>DIGITAL RISK MORTGAGE<br>SERVICES, LLC,<br><br>      **Defendants.** | CASE NO: 3:16-cv-01460-TJC-MCR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

PLAINTIFF and DEFENDANT in the above-captioned action, by and through their undersigned attorneys, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, having entered into a voluntary settlement of all claims in this litigation and pursuant to the terms of the Confidential Settlement Agreement and General Release entered into as a result thereof, hereby stipulate to the dismissal, with prejudice, of the above-captioned action.

DATED this 5th day of February, 2018.

Respectfully submitted,


By: s/ Leonard S. Magid  
Leonard S. Magid  
Florida Bar No. 0717101  
len@magidwilliams.com  

P. Daniel Williams  
Florida Bar No. 0036625  
court@magidwilliams.com  
MAGID & WILLIAMS, P.A.  
3100 University Blvd., S., Suite 115  
Jacksonville, FL 32216  
T (904) 725-6161 | F (904) 725-3410  

Attorneys for Plaintiff

By: s/Amy R. Turci  
Amy R. Turci  
Florida Bar No. 0349630  
aturci@fordharrison.com  
smcquaide@fordharrison.com  
eservicejax@fordharrison.com  
FORD**HARRISON**LLP  
225 Water Street, Suite 710  
Jacksonville, FL 32202  
T (904) 357-2000 | F (904) 357-2001  

Kathryn A. Terry  
Florida Bar No. 0584991  
Katie.terry@digitalrisk.com  
2301 Maitland Center Parkway  
Maitland, FL 32751  
T (407) 245-2900 x 2141 | F (407) 309-4344  

Attorneys for Defendant

WSACTIVELLP:9613183.1